UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX BOLDUC, | Index No. |
| Plaintiff, | **COMPLAINT** <br> ECF CASE |
| v. | |
| GOGOTECH II LLC, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

1. Plaintiff Alex Bolduc alleges as follows:

## JURISDICTION AND VENUE

2. This Court has original federal question jurisdiction under 28 U.S.C. § 1331 because this case is brought under the Family and Medical Leave Act ("FMLA").

3. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action took place in this district.

## THE PARTIES

4. Plaintiff is an adult individual residing in Ossining, NY.

5. Defendant Gogotech II LLC is a domestic corporation with a principal place of business located at 1407 Broadway, Suite 700 New York, NY 10018.

6. Defendant employs more than 50 employees in New York City.

## FACTUAL ALLEGATIONS

7. Plaintiff was employed by Defendant for 14 years.

8. Plaintiff worked out of Defendant's New York City office.

9. During his 14 years of employment, Plaintiff was promoted multiple times.

10. Plaintiff's last position with Defendant was Chief Technology Officer.

11. Plaintiff requested leave to bond with his child for the month of October 2021.

12. Defendant approved Plaintiff's leave.

13. For the month of October 2021, Plaintiff was on approved FMLA leave.

14. Fewer than two weeks later, Tido Meyerhoff, Chief Operating Office and acting Chief Financial Officer terminated Plaintiff's employment.

15. Mr. Meyerhoff offered as a reason for the termination that Mr. Bolduc's position Chief Technology Officer was "eliminated."

16. The very same day, Ritesh Chaturbedi, CEO, notified several employees of the company that Gogotech created a new position, Chief Information Officer.

17. The Chief Information Officer position had substantively the same duties and responsibilities as the Chief Technology Officer.

## FIRST CAUSE OF ACTION
### (FMLA - RETALIATION)

18. Plaintiffs repeat and reallege all paragraphs above as though fully set forth herein.

19. Plaintiff is an employee under the FMLA.

20. Plaintiff worked at least 1,250 hours during the 12 months prior to the start of his FMLA leave.

21. Defendant is an employer under the FMLA.

22. Defendant approved Plaintiff's FMLA leave.

23. Plaintiff's employment was terminated fewer than two weeks after his FMLA expired.

24. Plaintiffs seeks back pay, front pay, liquidated damages, emotional distress, punitive damages, attorneys' fees and costs, interest, expert's fees, and such other legal and equitable relief as this Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests that this Court enter judgment against Defendants and grant the following relief:

1. Declaring that Defendant violated the FMLA;

2. An award of damages in an amount to be determined at trial, for any and all economic and/or compensatory damages, punitive damages, monetary and/or non-monetary losses suffered by Plaintiff plus prejudgment interest, costs, expert's fees, and attorney's fees; and

3. All such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all causes of action and claims with respect to which he has a right to jury trial.

Dated: February 16, 2022                Respectfully submitted,

                                        The Goldring Firm

                                        *Orit Goldring*
                                        Orit Goldring (OG-1023)

                                        40 Fifth Avenue
                                        New York, NY  10011
                                        Tel:  212.844.9308

                                        Attorneys for Plaintiff
                                        Alex Bolduc