UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX BOLDUC,

              Plaintiff,          22-cv-1311 (JGK)

  - against -                 ORDER

GOGOTECH II LLC,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 4/29/22.

SO ORDERED.

Dated:    New York, New York
           April 19, 2022

                                      John G. Koeltl
                                United States District Judge